NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY LEE RATTON,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D18-656
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
                                     )
_____  )

Opinion filed March 20, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rachel Kamoutsas,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and MORRIS and LUCAS, JJ., Concur.